ORIGINAL

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MOHAMMAD KHATIB
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-Mail: Mohammad.Khatib@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 21 2023

at 12 o'clock and 35 min. P M
Lucy H. Carrillo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR23 00101 HG |
| Plaintiff, | INDICTMENT |
| vs. | [18 U.S.C. § 2252A(a)(5)(B)] |
| KALANA LIMKIN, | |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

## Possession of Child Pornography
## (18 U.S.C. § 2252A(a)(5)(B))

On or about December 13, 2023, within the District of Hawaii, KALANA LIMKIN, the defendant, did knowingly possess material that contained one or more image and video files of child pornography that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in such commerce by any means, including by computer, namely, a Seagate 1500 gigabyte hard drive, manufactured outside the State of Hawaii, that contained one or more image and video files of minors engaged in sexually explicit conduct.

That violation involved images and videos of child pornography involving prepubescent minors and minors who had not attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(b)(2).

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## Forfeiture Notice

1. The allegations set forth in this Indictment are hereby re-alleged and incorporated by reference as though set forth in full herein for the purpose of noticing

forfeiture pursuant to Title 18, United States Code, Section 2253(a).

2. The United States of America hereby gives notice that, pursuant to Title 18, United States Code, Section 2253(a), upon conviction of the offense in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2) charged in this Indictment, KALANA LIMKIN, the defendant, shall forfeit to the United States of America any visual depiction described in the offense set forth in the Indictment, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense, and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. If any of the property described in paragraph 2 of this Forfeiture Notice, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided

without difficulty;

the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p).

DATED:     December 21, 2023, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson

_____
FOREPERSON, GRAND JURY

_____
CLARE E. CONNORS
United States Attorney
District of Hawaii

_____
MOHAMMAD KHATIB
Assistant United States Attorney

United States v. Kalana Limkin
Indictment
Cr. No. CR23 00101 HG