AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| KALANA LIMKIN | ) | Case No. MJ 23-01733-RT |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 26 2023

at 2 o'clock and 00 min, P M
Lucy H. Carrillo, Clerk

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Kalana Limkin,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Receipt, Distribution and Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2).

Date: 12/14/2023

City and state: Honolulu, Hawaii

Rom A. Trader
United States Magistrate Judge

---

**Return**

This warrant was received on *(date)* 12/14/2023, and the person was arrested on *(date)* 12/14/2023
at *(city and state)*

Date: 12/14/23

Arresting officer's signature

Kara M. Miyake, Task Force Officer
Printed name and title