# EXHIBIT "A"

United States v. Kalana Limkin
Cr. No. 23-00101 HG

| 23-24<br>**Hilo High School**<br>556 Waianuenue Ave, Hilo HI 96720<br>Generated on 01/09/2024<br>01:07:57 PM   Page 1 of 2 | **Limkin, Kalana Enrollment History**<br>Date: 01/09/2024 |
|---|---|

## Enrollment History

| Grade | Type | Calendar (Schedule Name) | Start Date | End Date |
|---|---|---|---|---|
| 12 | P | 23-24 Hilo High | 07/01/2023 | |

Local Start Status: C1 Continuous within same school
Local End Status:
State Start Status: C1 Continuous within same school
State End Status:

| 11 | S | SS 22-23 Hilo High | 05/30/2023 | 08/04/2023 |
|---|---|---|---|---|

Local Start Status: T2 Re-entry to the same school
Local End Status: 099 Transfer to HDOE School
State Start Status: T2 Re-entry to the same school
State End Status: 099 Transfer to HDOE School

| 09 | P | 22-23 Hilo High | 07/01/2022 | |
|---|---|---|---|---|

Local Start Status: C1 Continuous within same school
Local End Status:
State Start Status: C1 Continuous within same school
State End Status:

| 09 | S | SS 21-22 Hilo High | 05/27/2022 | 07/29/2022 |
|---|---|---|---|---|

Local Start Status: T2 Re-entry to the same school
Local End Status: 099 Transfer to HDOE School
State Start Status: T2 Re-entry to the same school
State End Status: 099 Transfer to HDOE School

| 09 | P | 21-22 Hilo High | 01/11/2022 | |
|---|---|---|---|---|

Local Start Status: T2 Re-entry to the same school
Local End Status:
State Start Status: T2 Re-entry to the same school
State End Status:

| 09 | P | 20-21 Hilo High School | 07/01/2020 | 09/03/2020 |
|---|---|---|---|---|

Local Start Status: T1 From another HI public school
Local End Status: 055 Home Schooled
State Start Status: T1 From another HI public school
State End Status: 055 Home Schooled

| 08 | P | 19-20 Hilo Inter | 07/01/2019 | 06/30/2020 |
|---|---|---|---|---|

Local Start Status: C1 Continuous within same school
Local End Status: 099 Transfer to HDOE School
State Start Status: C1 Continuous within same school
State End Status: 099 Transfer to HDOE School

| 07 | P | 18-19 Hilo Inter | 09/13/2018 | |
|---|---|---|---|---|

Local Start Status: T1 From another HI public school Per Admin & CAS approval, student will be enrolled as Gr 7 in SY18-19.  Parent did not submit progress reports for home schooling to Hilo Union at the end of grade 6 SY16-17 and was out during SY17-18.
Local End Status:
State Start Status: T1 From another HI public school Per Admin & CAS approval, student will be enrolled as Gr 7 in SY18-19.  Parent did not submit progress reports for home schooling to Hilo Union at the end of grade 6 SY16-17 and was out during SY17-18.
State End Status:

| 06 | P | 16-17 Hilo Union Elem | 06/09/2016 | 04/04/2017 |
|---|---|---|---|---|

Local Start Status: C1 Continuous within same school
Local End Status: 055 Home Schooled
State Start Status: C1 Continuous within same school
State End Status: 055 Home Schooled

| 05 | P | 15-16 Hilo Union Elem | 06/05/2015 | |
|---|---|---|---|---|

Local Start Status: C1 Continuous within same school
Local End Status:
State Start Status: C1 Continuous within same school
State End Status:

| 04 | P | 14-15 Hilo Union Elem | 05/31/2014 | |
|---|---|---|---|---|

Local Start Status: C1 Continuous within same school
Local End Status:
State Start Status: C1 Continuous within same school
State End Status:

| 03 | P | 13-14 Hilo Union Elem | 05/29/2013 | |
|---|---|---|---|---|

Local Start Status: C1 Continuous within same school
Local End Status:
State Start Status: C1 Continuous within same school
State End Status:

**EXHIBIT "A"**

Case 1:23-cr-00101-HG   Document 23-1   Filed 08/02/24   Page 3 of 3   PageID.86

Page 2 of 2                **Limkin, Kalana Enrollment History  continued**                Hilo High School — 23-24
                                          Date: 01/09/2024                                  01/09/2024 01:07:57 PM

| Grade | Type | Calendar (Schedule Name) | Start Date | End Date |
|---|---|---|---|---|
| 02 | P | 12-13 Hilo Union Elem | 05/26/2012 | |
|  | | | | |

*Local Start Status: C1 Continuous within same school*
*Local End Status:*
*State Start Status: C1 Continuous within same school*
*State End Status:*

| 01 | P | 11-12 Hilo Union Elem | 05/28/2011 | |

*Local Start Status: C1 Continuous within same school*
*Local End Status:*
*State Start Status: C1 Continuous within same school*
*State End Status:*

| 91 | P | 10-11 Hilo Union Elem | 09/01/2010 | |

*Local Start Status: T1 From another HI public school*
*Local End Status:*
*State Start Status: T1 From another HI public school*
*State End Status:*

| 92 | P | 09-10 Hilo Union Elem | 06/10/2009 | 07/30/2009 |

*Local Start Status: C1 Continuous within same school*
*Local End Status: 060 Referred for Evaluation*
*State Start Status: C1 Continuous within same school*
*State End Status: 060 Referred for Evaluation*

| 93 | P | 08-09 Hilo Union Elem | 01/20/2009 | |

*Local Start Status: T1 From another HI public school*
*Local End Status:*
*State Start Status: T1 From another HI public school*
*State End Status:*

| 93 | P | 08-09 Mountain View Elem | 07/29/2008 | 01/19/2009 |

*Local Start Status: P3 Pre School - age 3 first time*
*Local End Status: 099 Transfer to HDOE School*
*State Start Status: P3 Pre School - age 3 first time*
*State End Status: 099 Transfer to HDOE School*

| 93 | P | 07-08 Mountain View Elem | 06/04/2008 | 06/04/2008 |

*Local Start Status: E9 Enrolled for Evaluation*
*Local End Status: 060 Referred for Evaluation*
*State Start Status: E9 Enrolled for Evaluation*
*State End Status: 060 Referred for Evaluation*