## CERTIFICATE OF SERVICE

I, MELINDA K. YAMAGA, hereby certify that on August 2, 2024, a true and correct copy of the foregoing was served on the following:

Served Electronically through CM/ECF:

MOHAMMAD KHATIB
Assistant United States Attorneys
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawai'i 96850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Served Electronically through E-Mail:

GRACE CANELLA
United States Probation Officer
300 Ala Moana Boulevard, Room 2100
Honolulu, Hawai'i 96850

DATED:  Honolulu, Hawai'i, August 2, 2024.

      /s/ Melinda K. Yamaga
MELINDA K. YAMAGA
Attorney for Defendant
KALANA LIMKIN