SALINA M. KANAI  #8096
Federal Public Defender
District of Hawaii

MELINDA K. YAMAGA #9246
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       Melinda_Yamaga@fd.org

Attorney for Defendant
KALANA LIMKIN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO.  23-00101 HG |
|---|---|---|
|  | ) |  |
| Plaintiff | ) | MOTION FOR WITHDRAWAL AND |
|  | ) | SUBSTITUTION OF COUNSEL; |
| vs. | ) | DECLARATION OF COUNSEL; |
|  | ) | CERTIFICATE OF SERVICE |
| KALANA LIMKIN, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

COMES NOW counsel, MELINDA K. YAMAGA, Assistant Federal Defender, and moves this Honorable Court to allow the Office of the Federal Public Defender to withdraw as counsel for Defendant KALANA LIMKIN and for

the appointment of a CJA panel attorney for the reason that there is a breakdown of the attorney-client relationship, as set forth in the attached Declaration of Counsel.

DATED: Honolulu, Hawaii, November 4, 2024.

        /s/ Melinda K. Yamaga
MELINDA K. YAMAGA
Attorney for Defendant
KALANA LIMKIN