IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 23-00101 HG |
| ) | |
| Plaintiff ) | DECLARATION |
| ) | OF COUNSEL |
| vs. ) | |
| ) | |
| KALANA LIMKIN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **<u>DECLARATION OF COUNSEL</u>**

I, MELINDA K. YAMAGA, hereby declare as follows:

1. I am counsel for Defendant KALANA LIMKIN, having been appointed pursuant to the Criminal Justice Act.

2. There has been a breakdown of the attorney-client relationship.

3. Counsel cannot detail the underlying reasons for the breakdown of the attorney-client relationship in this declaration without violating the attorney-client privilege. Therefore, counsel will seek an ex-parte sidebar with the Court at the hearing on this motion.

4. New counsel should be appointed from the CJA panel since Mr. Limkin's financial status has not changed.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, November 4, 2024.

    /s/ Melinda K. Yamaga
MELINDA K. YAMAGA
Attorney for Defendant
KALANA LIMKIN