IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KALANA LIMKIN,<br>Defendant. | CR. NO. 23-00101-HG-1<br>DECLARATION OF COUNSEL |

## DECLARATION OF COUNSEL

I, GARY SINGH, being duly sworn on oath, depose and state:

1. I am an attorney licensed to practice law in the State of Hawaii and am Counsel of record for Defendant Kalana Limkin in the above-captioned matter.

2. I was appointed as Counsel on November 13, 2024.

3. On November 15, 2024, Counsel had a meeting with Mr. Limkin. Mr. Limkin has no objections to continue the trial date currently set for February 11, 2025 at 10:30 A.M. to the next available court date to allow Counsel to review the discovery.

4. A continuance is necessary in order to ensure adequate and effective preparation of the defense in this case, including possible pre-trial motions.

5. Counsel for the government does not object, and the parties are already in agreement for a new trial date sometime in early March 2025.

7. The facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, November 18, 2024.

*/s/ Gary G. Singh*
GARY G. SINGH
Counsel for Defendant
KALANA LIMKIN