KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

MOHAMMAD KHATIB
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: Mohammad.Khatib@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> KALANA LIMKIN, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | CR. NO. 23-00101 HG <br><br> UNITED STATES OF AMERICA'S NOTICE OF INTENT TO PROCEED TO TRIAL; CERTIFICATE OF SERVICE <br><br> TRIAL DATE: March 18, 2025 <br> JUDGE:        Hon. Helen Gillmor |

UNITED STATES OF AMERICA'S
NOTICE OF INTENT TO PROCEED TO TRIAL

The United States of America, by and through undersigned counsel, pursuant to the Court's Order of December 10, 2024 (ECF No. 35), gives notice

that the Government will be prepared to proceed to trial as presently scheduled on March 18, 2025.

    DATED: February 3, 2025, at Honolulu, Hawaii.

Respectfully submitted,

KENNETH M. SORENSON  
Acting United States Attorney  
District of Hawaii

By */s/ Mohammad Khatib*  
MOHAMMAD KHATIB  
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date noted below, a true and correct copy of the foregoing was served electronically on counsel of record through the District Court's electronic filing system.

DATED: February 3, 2025, at Honolulu, Hawaii.

*/s/ Mohammad Khatib*
MOHAMMAD KHATIB
Assistant United States Attorney