Name: Kalana Limkin
Number: 10958-506
Federal Detention Center, Honolulu
P.O. Box 30080
Honolulu, HI 96820

HONOLULU HI 967
4 SEP 2025 PM 2 L
1775 ★ 2025




U.S. District of Hawaii
Clerk's office
Room C-338
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

RECEIVED
CLERK, U. S. DISTRICT COURT
SEP 08 2025
DISTRICT OF HAWAII

96850-497199