# MINUTES

```
CASE NUMBER:      1:23-CR-00101-HG-1
CASE NAME:        USA v. Kalana Limkin
ATTYS FOR PLA:    Mohammad Khatib
ATTYS FOR DEFT:   William C. Bagasol
USPO:             Sara Neiling
```

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Amm Matsumoto |
| DATE: | 1/5/2026 | TIME: | 11:00am-11:15am |

COURT ACTION:  EP:  [76]DEFENDANT KALANA LIMKIN'S MOTION TO CONTINUE SENTENCING

Defendant present, in custody.

[76]Defendant Kalana Limkin's Motion to Continue Sentencing- **GRANTED**. Sentencing date continued from Monday, January 12, 2026 at 11:00 AM to Wednesday, March 4, 2026 at 10:00 AM before SENIOR JUDGE HELEN GILLMOR.

U.S. Probation Officer Sara Neiling explained to counsel the potential deadlines for the presentence report in light of the new sentencing date.

Defendant remanded to the custody of the U.S. Marshals Service.


Submitted by: Theresa Lam, Courtroom Manager