# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:23-CR-00101-HG-1 |
| CASE NAME: | USA v. Kalana Limkin |
| ATTY FOR GOVT: | *Mohammad Khatib, AUSA |
| ATTY FOR DEFT: | *William C. Bagasol, Esq. |
| U.S. PROBATION OFFICER: | Sara Nieling |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Ann Matsumoto |
| DATE: | 02/18/2026 | TIME: | 2:13 - 2:40 pm |

COURT ACTION:   EP: DEFENDANT KALANA LIMKIN'S MOTION TO EXTEND DEADLINE FOR FILING SENTENCING STATEMENT

Defendant, in custody, present.

Discussion held. Oral arguments heard.

[79] DEFENDANT KALANA LIMKIN'S MOTION TO EXTEND DEADLINE FOR FILING SENTENCING STATEMENT - For reasons stated on the record, Granted.

Defendant shall file a Sentencing Statement by March 18, 2026.

Government shall file a response by April 8, 2026.

The Final Presentence Report is due by April 23, 2026.

Sentencing is continued from March 4, 2026 to May 12, 2026 at 1:30 p.m.  Parties should consult the court's digital calendar on the day of the hearing for courtroom assignment.

Defendant to remanded to the custody of the U.S. Marshals Service.

Submitted by: Jocelyn Orosz, Courtroom Manager.