## MINUTES

CASE NUMBER:        CR NO. 23-00101 HG

CASE NAME:        USA v. Kalana Limkin

ATTY FOR GOV'T:    *Mohammad Khatib, AUSA

ATTY FOR DEFT:    *William C. Bagasol, Esq.

U.S. PROBATION    Sara Nieling
OFFICER:

---

JUDGE:  Helen Gillmor      REPORTER:   Cynthia Fazio

DATE:    05/12/2026        TIME:        1:30pm-2:00pm

---

COURT ACTION:                          EP:  SEALED MOTION TO
                                            WITHDRAW GUILTY PLEA
                                            ECF No. 88; and
                                            SENTENCING TO COUNT 1
                                            OF THE SECOND
                                            SUPERSEDING INDICTMENT
                                            AS TO DEFENDANT KALANA
                                            LIMKIN

Defendant Kalana Limkin, in custody, present.

Discussion held. Sentencing hearing not held.

Sealed Motion to Withdraw Guilty Plea, ECF No. 88 - oral arguments heard. Court orders motion to be unsealed. Motion taken under advisement.

Further hearing to set date of further proceedings will be held on June 17, 2026, at 2:00 p.m., before the Honorable Helen Gillmor.

Defendant remanded to the custody of the U.S. Marshals Service.

Submitted by: Theresa Lam, Courtroom Manager

1