KENNETH M. SORENSON
United States Attorney
District of Hawaii

MOHAMMAD KHATIB
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Mohammad.Khatib@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR23-00101 HG |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| vs. | |
| KALANA LIMKIN, | |
| Defendant. | |

FINAL ORDER OF FORFEITURE

WHEREAS, on March 20, 2025, this Court entered a Preliminary Order of Forfeiture in which the Court ordered the forfeiture of all of defendant Kalana Limkin's right, title, and interest in the following property (the "Forfeitable Property"):

i. A Seagate 1500 gigabyte hard drive; and

ii. an LG G7 ThinQ cellular phone; and

WHEREAS, Rule G(4)(a)(i)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure provide that notice of forfeiture need not be published if the property is worth less than $1,000 and direct notice is sent to every person the government can reasonably identify as a potential claimant; and

WHEREAS, despite provisions of Rule G(4)(a)(i)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, and the fact that the Forfeitable Property is worth less than $1,000, Publication #239226 was advertised (via www.forfeiture.gov, beginning May 14, 2026 as stated in the Notice of Filing Declaration of Internet Publication; See ECF 94), because there was no one of which to send a Direct Notice.

WHEREAS, the Forfeitable Property has a value of less than $1,000; and

WHEREAS, no person other than defendant Kalana Limkin (and his codefendants, if any) reasonably appears to be a potential claimant with standing to contest the forfeiture in an ancillary proceeding; and

WHEREAS, no timely claim to the Forfeitable Property has been filed or received; and

WHEREAS, the Court finds that the defendant, or any combination of defendants convicted in the case, had an interest in the Forfeitable Property, which is subject to forfeiture pursuant to 18 U.S.C. § 2253; and

WHEREAS, pursuant to 21 U.S.C. § 853(n)(7), as incorporated by 18 U.S.C. § 2253(b), the United States is therefore entitled to have clear title to the Forfeitable Property and to warrant good title to any subsequent purchaser or transferee; and

WHEREAS, good and sufficient cause has been shown,

It is hereby ORDERED, ADJUDGED, AND DECREED:

THAT, a Final Order of Forfeiture is entered against the Forfeitable Property, specifically:

i. A Seagate 1500 gigabyte hard drive; and

ii. an LG G7 ThinQ cellular phone; and

no right, title, or interest in the Forfeitable Property shall exist in any other party;

THAT, the Forfeitable Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 2253; and

THAT, all right, title, and interest in the Forfeitable Property, as well as any income derived as a result of the management of the property by any United States agency that has had custody of the Forfeitable Property, are hereby condemned, forfeited, and vested in the United States of America and shall be disposed of according to law.

ORDERED this 16 day of July, 2026.

HONORABLE HELEN GILLMOR
United States District Judge

USA v. Kalana Limkin; Criminal No. 23-00101 HG; "Final Order of Forfeiture"